DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROSEA MARIA WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2209

_____

April 17, 2026

Appeal from the County Court for Pinellas County; Diane M. Croff,
Judge.

Rosea Maria White, pro se.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.